8 copies

4-22CV-473-P

MAY 22 2022

NORTHERN DISTRICT OF TEXAS
FILED
MAY 31 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

Rep. Ray Granger

Dear Sir/Ma'am Texas Representatives ACLU Governor, Attorney General, U.S. Dept of Justice And to Honor Judge Hagerman 297th DC., Federal Courthouse Rep Lou Burnam

I am a USAF Veteran currently incarcerated in Tarrant County Jail, where I am being held on a Felony charge that was brought about a SEARCH WARRANT FOR A CLASS C misdemeanor. For which I was charged but not convicted. The search warrant was issued on my deceased mothers home. Just 3.5 months after her death. On Oct 13, 2020 Where 2.5 months after Moms passing we suffered the big freeze in Texas. The Home was flooded and my Mothers Room and Guest Rooms was UNINHABITABLE No proper inventory had even been accomplished yet on the Estate itself nor had any will been probated or verified through a court. Not only was I in a deep state of Mourning my older brother Christopher Rabe/Navy vet my mentally ill sister were also. All preparation on the Estate was put on Hold For dealing with the ins Co. State Farm whom was

Not Forth Cumming with help or money for Repairs on the Home and I was entirely focused on the fight and Repair of Mums Home.

1 Month after getting nowhere with Insco, A Force of Tarrant County Sheriffs Stormed the House Breached Doors and Damaging Home and Assaulting my Mentally Ill Sister and a Renter were living in the Part of the home not Damaged. A Force of 20+ officers were SWAT style Breach For a Class C Misdemeanor. Crime not being committed. (Knowingly willing Runnig Gameroon) Class C Charge.

Durring Search My Deceased Mother and Fathers Home Defense Gun was found in her Nightstand. Where I was not Living at the Residence Nor was I Present at Said Residence, Durring the Search.

But I was Charged with a Felony unlawful Poss/Felon ? Why?
Gun.
Because there was a Will not Probated or Verified to Date. That States All of Mom's Estate was left to me. Jason Charles Rabel #0413140
Tarrant County Jail.

MAY 22, 2020
JR

The search warrant read for gameroom equiptment only and paperwork pertaining to running a gameroom. ONLY.

Not only did they not find a gameroom in operation they found no other illegal activity.

My question and concern is yes I've had troubles in my past. I'm gladly and proud to say I'm remorseful for those transgresions in my past and have dealt with those,

But where the Tarrant County DA's office is trying to convict myself of this crime.

Because a will and testament NOT legally verified said I was to recieve all contents of house and home. MAKES ME guilty of CRIME?

For contents willed to an individual (A will still not verified) with a felony background is ludicrous and sad. My attny. Jeniffer Sanders is having a time with the open ended law of care and custody. NOT MY CARE AND NOT IN MY POSS.. NOT IN MY CUSTODY. Please feel free no I encourage you to please call her on my behalf. # 479-283-3321 Jenifer Sande
She has been very ineffective in this matter. Or is it

MAY 22, 2022
JCR

THE law that NEEDS Looking into. I've committed NO CRIME here. MY Mother God Rest Her Beautiful Soul NANCY LEE RABEL I Assure you, had NO IDEA that by Leaving Her Son potentially, All things still NOT Legally VERIFIED To DATE, Would LEAD to his INCARCERATION And potential Probation REVOCATION it NEVER would've BEEN DONE.

THE Last thing that beautiful WOMAN EVER would've done was hurt Any of HER children IN Anyway. Especially IN HER DEATH.

I implore you to PLEASE HELP Look into this MATTER. I'VE been in JAIL NOW 7 months since OCT 12 2021 1 DAY before 1 Year Anniversary of MY Mothers DEATH. My bond in TARRANT County is $4,000.00 4K And A NO Bond out of PARKER County solely on A Probation Revocation due to these TARRANT County CHARGES. I've been on Probation For almost the completion of it From 2015 8 yrs Deffered an Posso Under A Gram Charge that dated From 2010. 2015 to Now 7+ YEARS Completed.

AHNY. JENIFFER SANDERS
#479-283-3321
USAF VET Jason CHARLES RABEL

YOUR Humble TEXAS SERVANT.

LEGAL MAIL being opened before we receive May 2022
it. All legal mail, many witnesses to this. JCR

NOR ARE WE allowed to face our
ACCUSSERS ie DA + Probation
WE ARE NEVER brought out before
the Judge to defend accusations
of Probation violations. My ATTNY is
sharing State Evidence w/ me Nor
is she asking for proof on Evidence
Probation or State brings Against ME
I'm getting second hand info from
my ATTNY. in a holding cell behind the
Court. Where I've shown her with
the States own documents I didn't
do what Probation Accused me of.

Legal Mail. I DON'T KNOW IF MY ATTNY knows all Mail Being opened
I want CHARGES dropped EXPUNGED
And MONEY damages for all 1983 Forum
of these violations. THE DA.
lied to my ATTNY. saying my
Sister said in her statement she
SEEN ME with a GUN No such
thing exist in her statement.
Still after 100 phone calls 30+ Letters
asking what the status of my CASE
is My Lawyer sends me nothing and
no answer calls not even from family
and friends on outside.

So I'm asking to have DA. investigated
in her Attys Practices 297th DC Judge Hackerman.

All LEGAL MAIL Returning is being opened before ANYONE Recieves it AND NOT IN our presence.

MAY 22, 2022
JCR

Please Send MYSELF A Return Letter. THAT THIS HAS BEEN Brought to Your ATTENTION AND Recieved into the PROPER HANDS AND READ.

Jason C. RABEl 0413140 C.B. TARRANT COUNTY JAIL.
100 N lAMAR St
Fort Worth TX
76196

P.S. All INCOMMING LEGAL MAIL HAS BEEN OPENED Prior to ME or ANY other inmate Recieving it. It is BEING OPENED Somewhere other than our PRESENCE. THIS also a violation of RIGHTS AND Possible CRIMINAL Activities with in MAIL Room AND D.A. OFFICE WITH MONEY DAMAGES + All CHARGES dropped 1983

REGARDLESS I NEED to KNOW YOUR offices HAVE Recieved And You HAVE READ my complaint personally.

Please send.
AND 1 copy sent to My Atthy. Jeniffer SANDERS
3038 SEATtlE SlEW
CELINA TX
75009

Jason Kader Clafton 15140
100 N. Lamar
Fort Worth, TX
76196

T/co Civil Rights
Federal Court House
501 W 10th st ste 310
Fort Worth, TX
76102

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION

2022 MAY 31  PM 1:01

DEPUTY CLERK_____

$001.36
05/27/2022

Tarrant County Green Bay Law Library

LEGAL MAIL